**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division**

Jim's Original Incorporated

                          Plaintiff,

v.                                                    Case No.: 1:11−cv−05518
                                                         Honorable Joan H. Lefkow

Jim's Original Chicago, Inc., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 4, 2011:

       MINUTE entry before Honorable Joan H. Lefkow: Status hearing of 10/6/2011 reset for 10/27/2011 at 08:30 AM by agreement.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.